**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | CR07-00554-001-PCT-MEA |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| GABRIEL BRYAN MIKE, ) | |
| Defendant. ) | |

The defendant appeared in court and admitted to violating the terms of his probation as set forth in Allegations E, F and G in the Petition to Revoke Supervised Probation.

IT IS ORDERED revoking the defendant's supervised probation as unsuccessfully completed.

IT IS FURTHER ORDERED that the defendant is hereby committed to the custody of the Bureau of Prisons for the term of **FOUR (4) MONTHS**, in accordance with 18 U.S.C. §3585(b) defendant to receive credit for pre-sentence time served.

IT IS FURTHER ORDERED that Allegations A, B, C and D of the petition shall be dismissed.

IT IS RECOMMENDED that the defendant serve his sentence at the Coconino County Jail.

DATED this 14th day of January, 2008.

_____
Mark E. Aspey
United States Magistrate Judge